UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CARLOS A. GURRY, ) | |
| ) | |
| Petitioner, ) | 3:98-cv-00699-LRH-RAM |
| ) | |
| vs. ) | ORDER |
| ) | |
| E.K. McDANIEL, *et al.*, ) | |
| ) | |
| Respondents. ) | |

This action is a closed action that was a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Before the Court is petitioner's "motion for transfer of records." (Docket #119). Petitioner seeks copies of all documents in the file of this action at the Court's expense.

Petitioner is informed that, pursuant to Local Rule 10-4(b), if he wishes the Court to return a file-stamped copy of documents he submits for filing, he must include an additional copy for that purpose and a self-addressed postage paid envelope. The Court cannot provide copy or mailing service for a party, even for an indigent litigant proceeding *in forma pauperis*. Copies of documents from the court file may be obtained at the cost of fifty cents per page. To avoid incurring the cost of postage, petitioner is advised to keep his own copy of all documents he submits to the Court for filing. Petitioner's motion for copies of all exhibits, motions, and documents is denied.

///

///

///

1   **IT IS THEREFORE ORDERED** that petitioner's "motion for transfer of records" (Docket
2   #119) is **DENIED**.
3   DATED this 12th day of August, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE